**October 2, 1984**

**(688 P2d 843)**

State v. Rounds, Dylan E. (CA A28504)(SC S31058).
Remanded for further consideration in light of *State v. Atkinson,* 298 Or 1, 688 P2d 832 (1984) and *State v. Perry,* 298 Or 21, 688 P2d 827 (1984).